IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| XAVIER F. BARROW, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:09-CV-159 (CDL) |
| MUSCOGEE COUNTY SHERIFF'S DEPARTMENT, | * | |
| Defendant. | * | |

ORDER ON REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The Magistrate Judge issued a Report and Recommendation in this case on December 22, 2009, recommending dismissal under *Heck v. Humphrey,* 512 U.S. 477 (1994). The Court has reviewed this matter *de novo* and adopts the Magistrate Judge's recommendation of dismissal but finds it necessary to amplify its rationale. When the Magistrate Judge issued his recommendation, Plaintiff was a pretrial detainee who had not been convicted or sentenced. Therefore, it is not clear that *Heck v. Humphrey* permitted the dismissal of Plaintiff's complaint with prejudice at that time. Instead, the more appropriate course would have been for this Court to abstain from consideration of Plaintiff's claim until his underlying state law case had been adjudicated. *Heck,* 512 U.S. 477, 487, n. 8. After the issuance of the Magistrate's Report and Recommendation, however, Plaintiff's underlying criminal case was adjudicated, and he was convicted by guilty plea on January 5, 2010. The Court has attached a certified copy of the Judgment of Criminal Conviction entered against Plaintiff Barrow in Muscogee Superior Court in Case No. SU2009CR1144. This conviction for possession of cocaine and marijuana arises from the arrest and incarceration for which Plaintiff Barrow had filed the above captioned Complaint for money damages in this Court.

Dismissal is now appropriate under the rationale of *Heck v. Humphrey* as explained in the Magistrate Judge's report and recommendation. The objections raised by Plaintiff to the Magistrate Judge's report and recommendation have been considered and are found to be without merit, and the Magistrate Judge's report and recommendation is adopted as modified hereinabove. Accordingly, Plaintiff's complaint is hereby dismissed.

IT IS SO ORDERED, this 24th day of February, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE